## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARTIN MUGICA and ULTINER LLC, | § § § | No. 66, 2021 |
| Defendants Below, Appellants, | § § | |
| | § | Court Below—Court of Chancery |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. 2020-0641-MTZ |
| LORENZO ROCCIA and TRANSATLANTIC GROUP PARTNERS LLC, | § § § § | |
| Plaintiffs Below, Appellee. | § § § | |
| and | § § | |
| SKYLINE RENEWABLES, LLC, | § § § | |
| Nominal Defendant Below, Appellee. | § § | |

Submitted: October 13, 2021
Decided: October 15, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices, constituting the Court *en banc*.

## O R D E R

This 15th day of October, 2021, after careful consideration of the argument of counsel, the parties' briefs, and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of its orders dated December 29, 2020 and February 1, 2021.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice